UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, Plaintiff - Appellee, v. NATIONWIDE BIWEEKLY ADMINISTRATION, INC.; et al., Defendants - Appellants. | No. 18-15431 D.C. No. 3:15-cv-02106-RS U.S. District Court for Northern California, San Francisco **ORDER** |
| CONSUMER FINANCIAL PROTECTION BUREAU, Plaintiff - Appellant, v. NATIONWIDE BIWEEKLY ADMINISTRATION, INC.; et al., Defendants - Appellees. | No. 18-15887 D.C. No. 3:15-cv-02106-RS U.S. District Court for Northern California, San Francisco |

At the direction of the Court, the parties shall bear their own costs.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Matthew Marcopulos
Deputy Clerk
Ninth Circuit Rule 27-7